DAVID WM. ENGELMAN, SBA #004193
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
_____

Attorneys for Arizona Federal Credit Union

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL JAMES SUTTON AND MICHELLE LEE SUTTON,<br><br>Debtors. | Chapter 13<br><br>Case No. 2:08-bk-14058-SSC |
| ARIZONA FEDERAL CREDIT UNION,<br><br>Movant,<br><br>vs.<br><br>MICHAEL JAMES SUTTON AND MICHELLE LEE SUTTON; RUSSELL BROWN, CHAPTER 13 TRUSTEE,<br><br>Respondents. | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Arizona Federal Credit Union (the "Movant") by and through its attorney undersigned, states and alleges as follows:

1. The Movant is a federally chartered credit union.

2. Michael James Sutton and Michelle Lee Sutton are the Debtors in the above-entitled proceeding, having filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on October 10, 2008 (the "Filing Date"). Russell Brown has been appointed as the Chapter 13 Trustee in this case.

{00057617.DOC /}

3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334. It is a core proceeding pursuant to 28 U.S.C. §157(a)(2)(G).

## THE FORD

4. On or about September 1, 2007, the Debtors borrowed the sum of $24,421.97 from the Movant. A copy of the *"Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement"* (the "Ford Note") is attached hereto as **Exhibit "A"** and by reference incorporated herein.

5. To secure payment of the Ford Note, the Debtors conveyed a security interest in a 2004 Ford F150, VIN #1FTPW14534KD85248 (the "Ford") pursuant to the terms of the Ford Note. This security interest was perfected as evidenced by the *"Arizona Certificate of Title"* attached hereto as **Exhibit "B"** and by reference incorporated herein.

6. The Debtors are in default under the terms of the Ford Note. The outstanding principal balance is $22,570.76, plus interest through the Filing Date in the amount of $311.32, together with accruing interest, late charges and attorneys' fees.

## THE HARLEY

7. On or about March 2, 2007, the Debtors borrowed the sum of $8,000.00 from the Movant. A copy of the *"Closed End Note and Disclosure Statement"* (the "Harley Note") is attached hereto as **Exhibit "C"** and by reference incorporated herein.

8. To secure payment of the Harley Note, the Debtors conveyed a security interest in a 1996 Harley Davidson XTC, VIN #1HD1BKL15TY017945 (the "Harley") pursuant to the terms of the Harley Note. This security interest was perfected as evidenced by the *"Arizona Certificate of Title"* attached hereto as **Exhibit "D"** and by reference incorporated herein.

9. The Debtors are in default under the terms of the Harley Note. The outstanding principal balance is $6,657.74, plus interest through the Filing Date in the amount of $117.98, together with accruing interest, late charges and attorneys' fees.

/ / /

/ / /

## THE JEEP

10. On or about January 21, 2007, the Debtors borrowed the sum of $20,278.70 from the Movant. A copy of the *"Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement"* (the "Jeep Note") is attached hereto as **Exhibit "E"** and by reference incorporated herein.

11. To secure payment of the Jeep Note, the Debtors conveyed a security interest in a 2007 Jeep Wrangler VIN #1J4GA39177L147119 (the "Jeep") pursuant to the terms of the Jeep Note. This security interest was perfected as evidenced by the *"Arizona Certificate of Title"* attached hereto as **Exhibit "F"** and by reference incorporated herein.

12. The Debtors are in default under the terms of the Jeep Note. The outstanding principal balance is $6,657.74, plus interest through the Filing Date in the amount of $117.98, together with accruing interest, late charges and attorneys' fees.

13. The Ford, the Harley, and the Jeep are sometimes referred to herein collectively as the "Vehicles."

14. The Debtors have been able to enjoy the use of these Vehicles since the date of the filing of the bankruptcy petition without compensation to Movant. Adequate protection has not been afforded to Movant.

15. Upon information and belief, the Movant alleges that there is no equity for the Debtors in the above-described Vehicles. Cause exists for the modification of the automatic stay against lien enforcement.

**WHEREFORE,** the Movant respectfully requests judgment as follows:

A. That the Court enter its Order vacating the stay against lien enforcement and any other type of injunction or restraint so as to permit the Movant to enforce its lien against the Vehicles without the need for further permission from the Court; and

B. For such other and further relief as the court deems just and proper.

/ / /

/ / /

1     **DATED** this 13th day of November 2008.

**ENGELMAN BERGER, P.C.**

By /s/ 004193
    David Wm. Engelman
    3636 North Central Avenue, Suite 700
    Phoenix, Arizona 85012
    Attorneys for Arizona Federal Credit Union

**COPY** of the foregoing
mailed this 13th day of
November 2008 to:

Michael James Sutton and Michelle Lee Sutton
15618 West Mescal Street
Surprise, Arizona 85379
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311-1737
Attorneys for Debtors

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Chapter 13 Trustee


   /s/ K. C. Aguilera

{00057617.DOC /}     4