JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax: 623-939-6718

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL JAMES SUTTON and<br>MICHELLE LEE SUTTON,<br><br>　　　　　Debtors.<br><br>ARIZONA FEDERAL CREDIT UNION,<br><br>　　　　　Movant,<br><br>vs.<br><br>MICHAEL JAMES SUTTON and<br>MICHELLE LEE SUTTON; RUSSELL<br>BROWN, CHAPTER 13 TRUSTEE,<br><br>　　　　　Respondents. | Case No. 2:08-bk-14058-SSC<br><br>Chapter 13<br><br>RESPONSE TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY |

COME NOW the Debtors, **MICHAEL JAMES SUTTON** and **MICHELLE LEE SUTTON**, by and through their counsel undersigned, and for their Response to the Motion for Relief from Automatic Stay, state as follows:

Debtors deny all of the allegations contained in the Motion and allege that the Plan provides for adequate protection for payments to be made to the Plaintiff. Additionally, the Plaintiff will be receiving payments through the plan, which will be amended to assure that the Movant will be paid in full for the vehicles.

Debtors respectfully request that the Plaintiff's Motion for Relief From Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 26th day of November, 2008.

JOSEPH W. CHARLES, P.C.

By: /s/JOSEPH W. CHARLES
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Attorney for Debtors

ORIGINAL FILED and COPY of Response mailed this 26th day of November, 2008, to:

David Wm. Engelman, Esq.
3636 North Central Avenue
Suite 700
Phoenix, Arizona 85012
Attorney for Plaintiff Arizona Federal Credit Union

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
Chapter 13 Trustee

By: Gloria Galvan