United States Bankruptcy Court

| TUCSON DIVISION | | YUMA DIVISION |
|---|---|---|
| James A Walsh Courthouse |  | 325 W. 19th St., Ste. D |
| 38 S. Scott Avenue | District of Arizona | Yuma, AZ 85364 |
| Tucson, AZ 85701 | | 928-783-2288 |
| 520-202-7500 | *PHOENIX HEADQUARTERS* | |

230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**FILED**

APR 0 1 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## DEBTOR CHANGE OF ADDRESS

Case No.: 08-14058     Chapter: 13

**Debtor(s) Name:** Michael J Sutton

Michelle L Sutton

**NEW Mailing Address:** 15719 W. Rimrock St
Street Address/P.O. Box Number

Suite/Apartment Number

Surprise   AZ   85374
City                State   Zip Code

**OLD Mailing Address:** 15618 W. Mescal
Street Address/P.O. Box Number

Suite/Apartment Number

Surprise   AZ   85379
City                State   Zip Code

**Debtor(s) Signature:** [signature] 3/30/09
Date

Michelle Sutton  3/30/09
Date

DebtorAddChng/3/06

04/02/2009